IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01947-ZLW

NELSON CRAIG CONOVER,

    Plaintiff,

v.

THE CATHOLIC ARCHDIOCESE OF DENVER, et al.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The matters before the Court are a Letter and a "Motion to Add Charge Against Defendants," both filed November 17, 2005. The Court dismissed the instant action on October 29, 2004, for failure to cure deficiencies. Plaintiff filed a Notice of Appeal on November 22, 2004. The United States Court of Appeals for the Tenth Circuit dismissed the action on February 2, 2005, for failure to prosecute. None of Plaintiff's requests are procedurally correct. Plaintiff's requests, therefore, as set forth in the Letter and Motion, are inappropriate and will not be considered by the Court.

Dated: November 21, 2005

Copies of this Minute Order mailed on November 21, 2005, to the following:

Nelson Craig Conover
Prisoner No. 153346362
General Delivery
Beaverton, OR 97005

*(signature)*
Secretary/Deputy Clerk