IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 04-cv-01947-ZLW

MAR - 8 2006

NEILSON CRAIG CONOVER,

GREGORY C. LANGHAM
CLERK

      Plaintiff,

v.

THE CATHOLIC ARCHDIOCESE OF DENVER, CO,

      Defendant.

---

ORDER DENYING MOTION FOR RECONSIDERATION

---

      Plaintiff Neilson Craig Conover filed a *pro se* Motion for Reconsideration, on February 21, 2006. Mr. Conover failed to identify the number of the case in which he intended to file the Motion. Nonetheless, the Court has filed the Motion in Case No. 04-cv-01947-ZLW, because it is the only case that Mr. Conover has filed with this Court. The Court must construe the Motion liberally, because Mr. Conover is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Motion will be denied.

      A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion for reconsideration filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Plaintiff's Motion for Reconsideration in this action was filed more than ten days after the Court's October 29, 2004, Order and Judgment of Dismissal. Therefore, the Motion will be considered pursuant to Rule 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice, because Plaintiff failed to file a Complaint and to submit his request for leave to proceed *in forma pauperis* on a Court-approved form. In the Motion, Mr. Conover asserts that Defendants are stalking him and causing him great pain and suffering. He further alleges that Defendants knew about his filings in federal courts, that they have violated his civil rights in hopes that he would harm himself or others, and that as a result they have decreased his credibility with the courts.

To the extent that Mr. Conover seeks to proceed in the instant action, the grounds he asserts do not amount to extraordinary circumstances that would justify a decision to vacate the order of dismissal in this action. Therefore, the Motion for Reconsideration will be denied. Mr. Conover is reminded that, because the Court dismissed the action without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the Motion for Reconsideration, filed on February 21, 2006, is denied.

DATED at Denver, Colorado, this __8__ day of _____March_____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  04-cv-01947-ZLW

Neilson Craig Conover
General Delivery
Beaverton, OR 97005


I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on 3/8/06

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk